# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHON ALEXANDER,<br><br>                    Plaintiff,<br><br>          v.<br><br>K. SALAZAR et al.,<br><br>                    Defendants. | Case No. 2:19-cv-04138-MWF (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation to grant Defendants' motion for summary judgment, any pertinent records as needed, and Plaintiff's objections. None of those objections materially alters or affects the findings and conclusions in the Report and Recommendation. The Court therefore concurs with and accepts the Report and Recommendation.

Defendants' motion for summary judgment is therefore GRANTED and Plaintiff's cross-motion for summary judgment is DENIED. Final judgment in Defendants' favor will be entered accordingly.

**IT IS SO ORDERED.**

DATED: July 14, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge