JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHON ALEXANDER,<br><br>    Plaintiff,<br><br>v.<br><br>K. SALAZAR et al.,<br><br>    Defendants. | Case No. 2:19-cv-04138-MWF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation, **IT IS ADJUDGED** that Defendants' motion for summary judgment is granted, Plaintiff's cross-motion for summary judgment is denied, and the action is hereby dismissed with prejudice.

DATED: July 14, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge